Decided February 22, 1995

STATE OF CONNECTICUT *v.* EDWARD NIEVES

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 546 (AC 12755), is denied.

*Patricia Buck Wolf* and *Linda P. Stambovsky,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided February 22, 1995